FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 NOV 30 A 11: 26

UNITED STATES OF AMERICA

v.                                               Case No. 3:03-cr-331-J-20HTS

JERRALD BERNARD MONSON
_____/

## SUPERVISED RELEASE REVOCATION
### and
## JUDGMENT AND COMMITMENT

On November 30, 2006, Don J. Pashayan, Assistant United States Attorney, and the Defendant, JERRALD BERNARD MONSON, appeared in person and with his counsel, Lisa Call, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 76, filed October 25, 2006).

The Defendant, having heretofore been convicted on May 26, 2004, in Case No. 3:03-cr-331-J-20HTS, of offense charged, to wit: Conspiracy to distribute marijuana, in violation of Title 21 U.S.C. §§ 846 and 841(b)(1)(D), as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of four (4) months, to run concurrently with State sentence; and was placed on supervised release for a term of three (3) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 76, filed October 25, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of **four (4) months**. The Court recommends the Community Treatment Center.

3. The Defendant shall report to the designated institution no later than 2:00 p.m., Wednesday, January 4, 2007.

**DONE AND ORDERED** at Jacksonville, Florida, this 30st day of November, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Don Pashayan, Esq.
Lisa Call, Esq.
United States Marshal (4)
U. S. Probation Office